Rost C. Olsen, Esq.
Nevada SBN 14410
*Address, Phone Number, and Email*
*Filed Under Seal Pending Court Order*

*Pro Se Plaintiff/Petitioner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ROST C. OLSEN,<br><br>                    Plaintiff/Petitioner,<br><br>          v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                    Defendants/Respondents. | Case No.  #<br><br>**DISCLOSURE         STATEMENT, PURSUANT TO LR 7.1-1** |

The Undersigned certifies that there are no known interested parties in this matter, other than the parties to this matter.

Dated this 16th day of July, 2026.

ROST C. OLSEN

          /s/ Rost C. Olsen
Rost C. Olsen, Esq.
Nevada SBN 14410
Plaintiff/Petitioner In Pro Se

-1-