Rost C. Olsen, Esq.
Nevada SBN 14410
*Address, Phone Number, and Email*
*Filed Under Seal Pending Court Order*

*Pro Se Plaintiff/Petitioner*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROST C. OLSEN, | |
| Plaintiff/Petitioner, | Case No.  3:26-cv-00543-ART-CSD |
| v. | |
| LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, | **CERTIFICATE OF SERVICE** |
| Defendants/Respondents. | |

I, Rost C. Olsen, certify that on July 16, 2026, I personally served true and correct copies of the following documents:

1. Complaint for Injunctive and Declaratory Relief and to Require Performance of a Contract, or in the Alternative, Petition for Writ of Mandamus, case no. 3:26-cv-00543, ECF No. 1.

2. Disclosure Statement, Pursuant to LR 7.1-1, case no. 3:26-cv-00543, ECF No. 2.

3. Motion for Leave to File Plaintiff's Contact Information Under Seal, Maintain Confidentiality, and for Partial Relief from LR IA 10-2, with exhibits, case no. 3:26-cv-00543, ECF No. 3, 3-1, & 3-2.

4. Summons, case no. 3:26-cv-00543, ECF No. 5.

///

///

-1-

by USPS Registered Mail to the following addresses and individuals, pursuant to Federal Rules of Civil Procedure 4(i)(1-2) and 5(b)(2)(C):

| Name and Address | USPS Tracking Number |
|---|---|
| U.S. Attorney's Office, District of Nevada<br>ATTN: Civil Process Clerk<br>400 S. Virginia St., Ste. 900<br>Reno, NV 89501 | 9200190324992827824173 |
| Todd Blanche, Acting U.S. Attorney General<br>U.S. Department of Justice<br>ATTN: Civil Process Clerk<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | 9200190324992827820595 |
| Secretary Linda McMahon<br>U.S. Department of Education<br>400 Maryland Ave. SW<br>Washington, DC 20202 | 9200190324992827814440 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July, 2026.

ROST C. OLSEN

_/s/ Rost C. Olsen_
Rost C. Olsen, Esq.
Nevada SBN 14410
Plaintiff/Petitioner In Pro Se

-2-