Rost C. Olsen, Esq.
Nevada SBN 14410
*Address, Phone Number, and Email*
*Filed Under Seal Pending Court Order*

*Pro Se Plaintiff/Petitioner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ROST C. OLSEN,<br><br>         Plaintiff/Petitioner,<br><br>    v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>         Defendants/Respondents. | Case No.  3:26-cv-00543-ART-CSD<br><br>**ERRATA TO CERTIFICATE OF SERVICE (ECF No. 6)** |

I, Rost C. Olsen, declare the following:

On July 16, 2026, I mailed true and correct copies of the documents described in ECF No. 6 via a method I believed to be USPS Registered Mail. Shortly after placing those items in the mail and filing the Certificate of Service (ECF No. 6), I learned that the method and postage I used for those mailings were not, in fact registered nor certified mail as required by FRCP 4(i)(1-2).

Upon discovering my error, I rectified it by printing new true and correct copies of the following documents:

1. Complaint for Injunctive and Declaratory Relief and to Require Performance of a Contract, or in the Alternative, Petition for Writ of Mandamus, case no. 3:26-cv-00543, ECF No. 1;

2. Disclosure Statement, Pursuant to LR 7.1-1, case no. 3:26-cv-00543, ECF No. 2;

-1-

3. Motion for Leave to File Plaintiff's Contact Information Under Seal, Maintain Confidentiality, and for Partial Relief from LR IA 10-2, with exhibits, case no. 3:26-cv-00543, ECF No. 3, 3-1, & 3-2; and

4. Summons, case no. 3:26-cv-00543, ECF No. 5;

and I served them by USPS Certified Mail to the following addresses and individuals, pursuant to Federal Rules of Civil Procedure 4(i)(1-2) and 5(b)(2)(C):

| Name and Address | USPS Tracking Number |
| --- | --- |
| U.S. Attorney's Office, District of Nevada<br>ATTN: Civil Process Clerk<br>400 S. Virginia St., Ste. 900<br>Reno, NV 89501 | 9507 1067 1646 6197 8074 59 |
| Todd Blanche, Acting U.S. Attorney General<br>U.S. Department of Justice<br>ATTN: Civil Process Clerk<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | 9507 1067 1646 6197 8074 11 |
| Secretary Linda McMahon<br>U.S. Department of Education<br>400 Maryland Ave. SW<br>Washington, DC 20202 | 9507 1067 1646 6197 8074 35 |

I confirmed that the method was indeed USPS Certified Mail as I re-sent them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July, 2026.

ROST C. OLSEN

_/s/ Rost C. Olsen_
Rost C. Olsen, Esq.
Nevada SBN 14410
Plaintiff/Petitioner In Pro Se

-2-