Rost C. Olsen, Esq.
Nevada SBN 14410
*Address, Phone Number, and Email*
*Filed Under Seal Pending Court Order*

*Pro Se Plaintiff/Petitioner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ROST C. OLSEN, | |
| Plaintiff/Petitioner, | Case No.  3:26-cv-00543-ART-CSD |
| v. | |
| LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, | **NOTICE OF NO OPPOSITION TO MOTION FOR LEAVE TO FILE PLAINTIFF'S CONTACT INFORMATION UNDER SEAL, MAINTAIN CONFIDENTIALITY, AND FOR PARTIAL RELIEF FROM LR IA 10-2 (ECF No. 3)** |
| Defendants/Respondents. | |

On July 16, 2026, Plaintiff Rost C. Olsen ("Mr. Olsen") filed his Motion for Leave to File Plaintiff's Contact Information Under Seal, Maintain Confidentiality, and for Partial Relief from LR IA 10-2, and properly served the Motion on Defendants that same day. ECF No.'s 3, 6, 7.

The time for response has passed pursuant to LR 7-2(b) and FRCP 5(b)(2)(C) & 6(d) with no response filed within that time.

Dated this 4th day of August, 2026.

ROST C. OLSEN

    */s/ Rost C. Olsen*
Rost C. Olsen, Esq.
Nevada SBN 14410
Plaintiff/Petitioner In Pro Se

-1-

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on August 4, 2026, the foregoing document was electronically filed with the United States District Court, District of Nevada, in case no. 3:26-cv-00543-ART-CSD, and that true and correct copies were placed in the mail with the United States Postal Service, postage attached, and sent to the following addresses:

U.S. Attorney's Office, District of Nevada
ATTN: Civil Process Clerk
400 S. Virginia St., Ste. 900
Reno, NV 89501

Todd Blanche, Acting U.S. Attorney General
U.S. Department of Justice
ATTN: Civil Process Clerk
950 Pennsylvania Ave. NW
Washington, DC 20530

Secretary Linda McMahon
U.S. Department of Education
400 Maryland Ave. SW
Washington, DC 20202

Dated this 4th day of August, 2026

/s/ Rost C. Olsen
Rost C. Olsen

-2-