INDEX OF EXHIBITS TO MOTION FOR PRELIMINARY INJUNCTION

*Olsen v. U.S. Department of Ed.*, 3:26-cv-00543 (D. Nev.)

| Exhibit No. | Title | Appendix Page No. |
|---|---|---|
| 1 | Declaration of Rost C. Olsen in support of Motion for Preliminary Injunction, Aug. 5, 2026 | Pltf. 0002-09 |
| 2 | Master Promissory Note | Pltf. 0010-26 |
| 3 | Screenshot of Recertification Summary | Pltf. 0027-28 |
| 4 | Screenshot of Mr. Olsen's PSLF Qualifying Payment Summary, obtained from studentaid.gov and MOHELA Payment History Summary | Pltf. 0029-32 |
| 5 | Letters from MOHELA Delaying Recertification, Feb. 22, 2025 & Oct. 11, 2025 | Pltf. 0033-37 |
| 6 | Screenshot of Information from StudentAid.gov regarding Delaying of Recertification Deadlines, source URL: https://studentaid.gov/announcements-events/idr-court-actions (accessed January 6, 2026) | Pltf. 0038-39 |
| 7 | PSLF Qualifying Payment Update sent from DoEd to Mr. Olsen, April 6, 2026 | Pltf. 0040-42 |
| 8 | Email Confirming Receipt of Mr. Olsen's Buyback Request | Pltf. 0043-45 |
| 9 | Employment Certification Forms | Pltf. 0046-52 |
| 10 | Screenshot from StudentAid.gov regarding use of SAVE Plan, source URL: https://studentaid.gov/announcements-events/idr-court-actions (accessed April 13, 2026 and July 20, 2026) | Pltf. 0053-54 |
| 11 | Legal Demand Letter from Mr. Olsen to DoEd, May 28, 2026 (exhibits thereto omitted) | Pltf. 0055-61 |
| 12 | Emails from MOHELA to Mr. Olsen, July 1-2, 2026 | Pltf. 0062-70 |
| 13 | Screenshot from StudentAid.gov upon using Repayment Calculator Tool, source URL: https://studentaid.gov/repayment-calculator/plan-options (accessed August 3, 2026) | Pltf. 0071-73 |

| 14 | Screenshot of MOHELA Correspondence | Pltf. 0074-76 |
|---|---|---|
| 15 | Settlement Agreement Resolving *Missouri v. Trump*, E.D. Missouri, case no. 4:24-cv-520-JAR, accessed at https://www.ed.gov/media/document/missouri-settlement-112689.pdf | Pltf. 0077-85 |
| 16 | Summary of PSLF Buyback Requests Backlog from *American Federation of Teachers v. U.S. Department of Education*, 1:25-cv-00802 (D.D.C. 2025) ("*AFT*") | Pltf. 0086-87 |
| 17 | Status Reports from *AFT* | Pltf. 0088-131 |
| 18 | IRS Filing Statistics for Week Ending May 8, 2026 | Pltf. 0132-34 |
| 19 | Screenshot of Office of Personnel Management Data, https://data.opm.gov/explore-data/analytics/workforce-size-and-composition, accessed August 3 & 4, 2026 | Pltf. 0135-37 |