**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on August 6, 2026, the foregoing Motion for Preliminary Injunction, Index of Exhibits, and Appendix of Exhibits were electronically filed with the United States District Court, District of Nevada, in case no. 3:26-cv-00543-ART-CSD, and that true and correct copies were placed in the mail with the United States Postal Service, postage attached, and sent to the following addresses:

U.S. Attorney's Office, District of Nevada
ATTN: Civil Process Clerk
400 S. Virginia St., Ste. 900
Reno, NV 89501

Todd Blanche, Acting U.S. Attorney General
U.S. Department of Justice
ATTN: Civil Process Clerk
950 Pennsylvania Ave. NW
Washington, DC 20530

Secretary Linda McMahon
U.S. Department of Education
400 Maryland Ave. SW
Washington, DC 20202

Dated this 6th day of August, 2026

/s/ Rost C. Olsen
Rost C. Olsen

-1-