## CERTIFICATE OF SERVICE

Pursuant to FRCP 4(i), I certify that on August 6, 2026, I served by Certified Mail true and correct copies of the Complaint (ECF No. 1) and Summons (ECF No. 5), and the Motion for Leave to File Plaintiff's Contact Information Under Seal, Maintain Confidentiality, and for Partial Relief from LR IA 10-2, with exhibits, (ECF No. 3, 3-1, & 3-2), which were previously electronically filed with the United States District Court, District of Nevada, in case no. 3:26-cv-00543-ART-CSD, to the following addresses:

U.S. Attorney's Office, District of Nevada
ATTN: Civil Process Clerk
400 S. Virginia St., Ste. 900
Reno, NV 89501

Todd Blanche, Acting U.S. Attorney General
U.S. Department of Justice
ATTN: Civil Process Clerk
950 Pennsylvania Ave. NW
Washington, DC 20530

Secretary Linda McMahon
U.S. Department of Education
400 Maryland Ave. SW
Washington, DC 20202

I further certify that I am not a party to this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6th day of August, 2026

_____
Signature

_Kristy Busbee_
Name (Printed)

-1-