Rost C. Olsen, Esq.
Nevada SBN 14410
*Address, Phone Number, and Email*
*Filed Under Seal Pending Court Order*

*Pro Se Plaintiff/Petitioner*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROST C. OLSEN,<br><br>       Plaintiff/Petitioner,<br><br>     v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>       Defendants/Respondents. | Case No.  3:26-cv-00543-ART-CSD<br><br>**PROOFS OF DELIVERY (ECF No. 7)** |

See attached.

ROST C. OLSEN

     */s/ Rost C. Olsen*
Rost C. Olsen, Esq.
Nevada SBN 14410
Plaintiff/Petitioner In Pro Se

-1-