**UNITED STATES POSTAL SERVICE** ®

July 21, 2026

Dear Rost C Olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9507 1067 1646 6197 8074 59**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | July 20, 2026, 10:48 am |
| **Location:** | RENO, NV 89501 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | CIVIL PROC. CLERK |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | *Tammy Tammy* |
| **Address of Recipient:** | *1001 M gr 90l* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004