UNITED STATES POSTAL SERVICE®

August 31, 2026

Dear Kristy L Buzbee:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0202 9502 6067 1646 6240 8212 27**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 31, 2026, 10:58 am |
| **Location:** | WASHINGTON, DC 20202 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | LINDA MCMAHON |

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 1.0oz |

Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | L Hall<br>L Hall |
| **Address of Recipient:** | 20202 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004