## AMENDED[1] CERTIFICATE OF SERVICE

Pursuant to FRCP 4(i), I certify that on August 6, 2026, I served by Certified Mail true and correct copies of the Complaint (ECF No. 1) and Summons (ECF No. 5), and the Motion for Leave to File Plaintiff's Contact Information Under Seal, Maintain Confidentiality, and for Partial Relief from LR IA 10-2, with exhibits, (ECF No. 3, 3-1, & 3-2), which were previously electronically filed with the United States District Court, District of Nevada, in case no. 3:26-cv-00543-ART-CSD, to the following addresses, with the corresponding USPS Tracking Numbers:

| **Address:** | **USPS Tracking Number:** | **Mailing Costs:** |
|---|---|---|
| U.S. Attorney's Office, District of Nevada<br>ATTN: Civil Process Clerk<br>400 S. Virginia St., Ste. 900<br>Reno, NV 89501 | 9507 1067 1721 6218 8537 31 | $11.02 |
| Todd Blanche, Acting U.S. Attorney General<br>U.S. Department of Justice<br>ATTN: Civil Process Clerk<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | 9507 1067 1721 6218 8537 55 | $11.02 |
| Secretary Linda McMahon<br>U.S. Department of Education<br>400 Maryland Ave. SW<br>Washington, DC 20202 | 9507 1067 1721 6218 8537 79 | $11.02 |

///

///

///

///

///

[1] Amended to clarify that Ms. Buzbee is over 18 years of age. *See* Fed. R. Civ. P. 4(c)(2). Also amended to provide details regarding additional service efforts.

On August 21, 2026, upon learning from USPS tracking information that the mailing to Secretary McMahon and the U.S. Department of Education had been delayed and possibly misplaced in transit, I re-served true and correct copies of the above-stated documents by USPS Certified Mail to the following, with the accompanying USPS Tracking Number:

| **Address:** | **USPS Tracking Number:** | **Mailing Costs:** |
|---|---|---|
| Secretary Linda McMahon<br>U.S. Department of Education<br>400 Maryland Ave. SW<br>Washington, DC 20202 | 9507 1067 1646 6233 8189 13 | $10.73 |

On August 28, 2026, I learned from USPS tracking information that the August 21, 2026 mailing to Secretary McMahon and the U.S. Department of Education had also been delayed and possibly misplaced in transit. Yet again, I re-served true and correct copies of the above-stated documents, as well as true and correct courtesy copies of the previously-served Motion for Preliminary Injunction and accompanying exhibits thereto (filed in the above-described matter as ECF No.'s 9, 9-1, 9-2, and 9-3), and the Notice of No Opposition to Motion for Preliminary Injunction (filed in the above-described matter as ECF No. 12), by USPS Certified Mail and Priority Mail to the following, with the accompanying USPS Tracking Number:

| **Address:** | **USPS Tracking Number:** | **Mailing Costs:** |
|---|---|---|
| Secretary Linda McMahon<br>U.S. Department of Education<br>400 Maryland Ave. SW<br>Washington, DC 20202-0001 | 9502 6067 1646 6240 8212 27 | $21.36 |

///

///

///

I further certify that I am not a party to this matter, and that I am over 18 years of age.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28st day of August, 2026

Kristy Buzbee