# EXHIBIT 1

## Supplemental Declaration of Rost C. Olsen in Support of Motion

Rost C. Olsen, Esq.
Nevada SBN 14410
*Address, Phone Number, and Email*
*Filed Under Seal Pending Court Order*

*Pro Se Plaintiff/Petitioner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ROST C. OLSEN,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants/Respondents. | Case No. 3:26-cv-00543-ART-CSD<br><br>**SUPPLEMENTAL DECLARATION OF ROST C. OLSEN IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER, OR IN THE ALTERNATIVE, FOR EXPEDITED PRELIMINARY INJUNCTION HEARING** |

I, Rost C. Olsen, declare and state the following:

1. I am the Petitioner/Plaintiff in the above-entitled case.
2. I am at least 18 years of age, and am otherwise competent to testify to the matters stated in this Declaration.
3. I have personal knowledge of the facts stated in this Declaration.
4. I make this Declaration in support of the Motion for Temporary Restraining Order, or in the Alternative, for Expedited Preliminary Injunction Hearing in the above-captioned matter.

5. I incorporate by reference my previous Declaration filed in this matter in support of my Motion for Preliminary Injunction (ECF No. 9-2 at 2-9).

6. As stated in the Motion for Preliminary Injunction, in April 2026, I submitted a request to have my student loans discharged through Public Service Loan Forgiveness ("PSLF") via what is commonly referred to as the "Buyback" mechanism. Beyond the form email I received from the Department of Education ("DoEd") confirming receipt of that request which I submitted with the Motion for Preliminary Injunction, I have yet to receive any response to my request.

7. The emails I received from DoEd demanding I select a new repayment plan, true and correct copies of which were filed in the Appendix of Exhibits to the Motion for Preliminary Injunction (ECF No. 9-2 at 62-70), state that I "must" select a new repayment plan within 90 days from July 1, 2026, or else I would be forced onto the Standard Repayment Plan. According to my calculations, 90 days from July 1, 2026 is September 29, 2026.

8. Further, regarding my requests to extend the forbearance my loans are currently in until my PSLF Buyback request is resolved, I have still received no communication from DoEd, save from a boilerplate response from their servicer MOHELA. As stated previously, I submitted a true and correct copy of that boilerplate response as an exhibit in support of my Motion for Preliminary Injunction, located at pages 74-76 of the Appendix of Exhibits (ECF No. 9-2).

///

///

///

9. I have emailed a copy of the Motion for Temporary Restraining Order and this Declaration to DoEd's Office of General Counsel at OGC.MainPhone@ed.gov, and I am also placing true and correct copies of such in the mail to Defendants, as well as the US Attorney General at Washington, DC and the US Attorney's Office for the District of Nevada.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of September, 2026 in Sparks, Nevada.

*/s/ Rost C. Olsen*
Rost C. Olsen