Rost C. Olsen, Esq.
Nevada SBN 14410
*Address, Phone Number, and Email*
*Filed Under Seal Pending Court Order*

*Pro Se Plaintiff/Petitioner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ROST C. OLSEN,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants/Respondents. | Case No. 3:26-00543-ART-CSD<br><br>**MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS LINDA MCMAHON AND U.S. DEPARTMENT OF EDUCATION** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA:**

Petitioner/Plaintiff, Rost C. Olsen ("Mr. Olsen"), in pro se, requests that the proposed default against Defendants Linda McMahon ("Secretary McMahon"), and the United States Department of Education ("DoEd"), attached as Exhibit 1, be entered against Secretary McMahon and the DoEd for failure to plead or otherwise defend, as permitted by Fed. R. Civ. P. 55 and LR 77-1(b).

As evidenced by the Declarations of Service and Proofs of Delivery on file herein (ECF No.'s 6, 7, 11, 11-1, 11-2, & 11-3), also attached at Exhibit 2, Secretary McMahon and the DoEd,

as well as the United States Attorney General and the United States Attorney for the District of Nevada were duly served via certified mail under Federal Rule of Civil Procedure 4(i). As this suit involves an agency of the United States and a federal officer being sued in their official capacity, the applicable time limit for Secretary McMahon and the DoEd to appear or otherwise respond to this action expired 60 days from the date service was completed on the U.S. Attorney. *See* Fed. R. Civ. P. 12(a)(2).

Here, service was completed on the U.S. Attorney on July 20, 2026. ECF No. 11-1. Thus, Defendants had until September 18, 2026 to file a responsive pleading. *See* Fed. R. Civ. P. 12(a)(2). Defendants did not do so.

Plaintiff now respectfully requests entry of default against the Defendants in this matter. This request is based upon the filings in this matter, and Plaintiff's Declaration, attached hereto as Exhibit 3.

Dated this 21st day of September, 2026.

ROST C. OLSEN

/s/ Rost C. Olsen

Rost C. Olsen, Esq.
Nevada SBN 14410
Plaintiff/Petitioner In Pro Se

INDEX OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | Proposed Default |
| 2 | Declarations of Service and Proofs of Delivery Filed Previously |
| 3 | Declaration in Support of Motion for Entry of Default |