# EXHIBIT 1

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ROST C. OLSEN,

Plaintiff/Petitioner,

v.

LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,

Defendants/Respondents.

Case No. 3:26-00543-ART-CSD

**[PROPOSED] DEFAULT**

It appearing from the records in the above-entitled action that the Summons issued (ECF No. 5) and Complaint filed (ECF No. 1) on July 16, 2026 have been regularly served upon Defendants Linda McMahon and the United States Department of Education, as well as the United States Attorney General at Washington, D.C., and the United States Attorney for the District of Nevada; and it appearing from the declaration of Plaintiff and the records herein that Defendants Linda McMahon and the United States Department of Education have failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of Plaintiff/Petitioner Rost C. Olsen, the DEFAULT of Defendants Linda McMahon and the United States Department of Education is hereby entered.

______________________________
Deputy Clerk

///

Respectfully submitted by:

ROST C. OLSEN

*/s/ Rost C. Olsen*
Rost C. Olsen, Esq.
Nevada SBN 14410
*Address, Phone Number, and Email*
*Filed Under Seal Pending Court Order*

*Pro Se Plaintiff/Petitioner*