# EXHIBIT 2

Rost C. Olsen, Esq.
Nevada SBN 14410
*Address, Phone Number, and Email*
*Filed Under Seal Pending Court Order*

*Pro Se Plaintiff/Petitioner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ROST C. OLSEN,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants/Respondents. | Case No. 3:26-cv-00543-ART-CSD<br><br>**<u>CERTIFICATE OF SERVICE</u>** |

I, Rost C. Olsen, certify that on July 16, 2026, I personally served true and correct copies of the following documents:

1. Complaint for Injunctive and Declaratory Relief and to Require Performance of a Contract, or in the Alternative, Petition for Writ of Mandamus, case no. 3:26-cv-00543, ECF No. 1.

2. Disclosure Statement, Pursuant to LR 7.1-1, case no. 3:26-cv-00543, ECF No. 2.

3. Motion for Leave to File Plaintiff's Contact Information Under Seal, Maintain Confidentiality, and for Partial Relief from LR IA 10-2, with exhibits, case no. 3:26-cv-00543, ECF No. 3, 3-1, & 3-2.

4. Summons, case no. 3:26-cv-00543, ECF No. 5.

///

///

by USPS Registered Mail to the following addresses and individuals, pursuant to Federal Rules of Civil Procedure 4(i)(1-2) and 5(b)(2)(C):

| Name and Address | USPS Tracking Number |
|---|---|
| U.S. Attorney's Office, District of Nevada<br>ATTN: Civil Process Clerk<br>400 S. Virginia St., Ste. 900<br>Reno, NV 89501 | 9200190324992827824173 |
| Todd Blanche, Acting U.S. Attorney General<br>U.S. Department of Justice<br>ATTN: Civil Process Clerk<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | 9200190324992827820595 |
| Secretary Linda McMahon<br>U.S. Department of Education<br>400 Maryland Ave. SW<br>Washington, DC 20202 | 9200190324992827814440 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July, 2026.

ROST C. OLSEN

*/s/ Rost C. Olsen*

Rost C. Olsen, Esq.
Nevada SBN 14410
Plaintiff/Petitioner In Pro Se

Rost C. Olsen, Esq.
Nevada SBN 14410
*Address, Phone Number, and Email*
*Filed Under Seal Pending Court Order*

*Pro Se Plaintiff/Petitioner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ROST C. OLSEN,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants/Respondents. | Case No. 3:26-cv-00543-ART-CSD<br><br>**ERRATA TO CERTIFICATE OF SERVICE (ECF No. 6)** |

I, Rost C. Olsen, declare the following:

On July 16, 2026, I mailed true and correct copies of the documents described in ECF No. 6 via a method I believed to be USPS Registered Mail. Shortly after placing those items in the mail and filing the Certificate of Service (ECF No. 6), I learned that the method and postage I used for those mailings were not, in fact registered nor certified mail as required by FRCP 4(i)(1-2).

Upon discovering my error, I rectified it by printing new true and correct copies of the following documents:

1. Complaint for Injunctive and Declaratory Relief and to Require Performance of a Contract, or in the Alternative, Petition for Writ of Mandamus, case no. 3:26-cv-00543, ECF No. 1;
2. Disclosure Statement, Pursuant to LR 7.1-1, case no. 3:26-cv-00543, ECF No. 2;

3. Motion for Leave to File Plaintiff's Contact Information Under Seal, Maintain Confidentiality, and for Partial Relief from LR IA 10-2, with exhibits, case no. 3:26-cv-00543, ECF No. 3, 3-1, & 3-2; and

4. Summons, case no. 3:26-cv-00543, ECF No. 5;

and I served them by USPS Certified Mail to the following addresses and individuals, pursuant to Federal Rules of Civil Procedure 4(i)(1-2) and 5(b)(2)(C):

| Name and Address | USPS Tracking Number |
|---|---|
| U.S. Attorney's Office, District of Nevada<br>ATTN: Civil Process Clerk<br>400 S. Virginia St., Ste. 900<br>Reno, NV 89501 | 9507 1067 1646 6197 8074 59 |
| Todd Blanche, Acting U.S. Attorney General<br>U.S. Department of Justice<br>ATTN: Civil Process Clerk<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | 9507 1067 1646 6197 8074 11 |
| Secretary Linda McMahon<br>U.S. Department of Education<br>400 Maryland Ave. SW<br>Washington, DC 20202 | 9507 1067 1646 6197 8074 35 |

I confirmed that the method was indeed USPS Certified Mail as I re-sent them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July, 2026.

ROST C. OLSEN

*/s/ Rost C. Olsen*

Rost C. Olsen, Esq.
Nevada SBN 14410
Plaintiff/Petitioner In Pro Se

Rost C. Olsen, Esq.
Nevada SBN 14410
*Address, Phone Number, and Email*
*Filed Under Seal Pending Court Order*

*Pro Se Plaintiff/Petitioner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ROST C. OLSEN,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants/Respondents. | Case No. 3:26-cv-00543-ART-CSD<br><br>**PROOFS OF DELIVERY (ECF No. 7)** |

See attached.

ROST C. OLSEN

*/s/ Rost C. Olsen*
Rost C. Olsen, Esq.
Nevada SBN 14410
Plaintiff/Petitioner In Pro Se

UNITED STATES POSTAL SERVICE ®

July 21, 2026

Dear Rost C Olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9507 1067 1646 6197 8074 59**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | July 20, 2026, 10:48 am |
| **Location:** | RENO, NV 89501 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | CIVIL PROC. CLERK |

| Shipment Details | |
|---|---|
| **Weight:** | 6.0oz |

Recipient Signature

**Signature of Recipient:** Tammy Tammy

**Address of Recipient:** [illegible]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

UNITED STATES POSTAL SERVICE ®

July 24, 2026

Dear Rost C Olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9507 1067 1646 6197 8074 35**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | July 23, 2026, 09:32 am |
| **Location:** | WASHINGTON, DC 20202 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | SEC LINDA MCMAHON |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

UNITED STATES POSTAL SERVICE®

July 28, 2026

Dear Rost C Olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9507 1067 1646 6197 8074 11**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | July 28, 2026, 04:36 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | US ATTORNEY GENERAL |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004