# EXHIBIT 3

Rost C. Olsen, Esq.
Nevada SBN 14410
*Address, Phone Number, and Email*
*Filed Under Seal Pending Court Order*

*Pro Se Plaintiff/Petitioner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ROST C. OLSEN,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants/Respondents. | Case No. 3:26-00543-ART-CSD<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS LINDA MCMAHON AND U.S. DEPARTMENT OF EDUCATION** |

I, Rost C. Olsen, declare and state as follows:

1. I am above the age of 18 and am otherwise competent to testify as to the matters set forth in this Declaration. I am a licensed attorney in the State of Nevada, and I am the plaintiff/petitioner named in the above-captioned matter.
2. I have personal knowledge of the matters stated in this Declaration and can testify to their truthfulness.
3. This Declaration is submitted in support of the Motion for Entry of Clerk's Default Against Defendants Linda McMahon ("Secretary McMahon") and U.S. Department of Education ("DoEd").

4. I filed the Complaint in this matter on July 16, 2026.

5. Also on July 16, 2026, I sent by Certified Mail with the United States Postal Service copies of the Complaint (ECF No.1), Summons (ECF No. 5), Disclosure Statement (ECF No. 2), and the Motion for Leave to file my contact information under seal, with accompanying exhibits (ECF No.'s 3, 3-1, & 3-2) to Defendants, the U.S. Attorney General at Washington, D.C., and the U.S. Attorney's Office for the District of Nevada. ECF No. 7.

6. According to the Proofs of Delivery on file, USPS delivered those documents to the U.S. Attorney's Office on July 26, 2026 (ECF No. 11-1), Defendants on July 24, 2026 (ECF No. 11-2), and the U.S. Attorney General on July 28, 2026 (ECF No. 11-3).

7. While I took subsequent measures to correct potential issues with service in case I am mistaken, I maintain the belief that the mailings I made on July 16, 2026 described above and their subsequent delivery by USPS constitute valid service of process under Federal Rule of Civil Procedure 4(i).

8. Federal Rule of Civil Procedure 12(a)(2) requires Defendants to respond to the Complaint within 60 days after service on the United States Attorney. Under these facts, as delivery of the Complaint and other documents occurred on July 20, 2026, this would have resulted in a deadline of September 18, 2026 for Defendants to file any responsive pleading.

9. To date, neither Secretary McMahon nor DoEd have answered or otherwise responded, nor has any extension of time been granted.

///

///

///

///

10. Neither Defendant has had counsel appear in this matter, contacted me regarding this action, made any other efforts to respond to the Complaint, nor evidenced any intent, of which I am aware, to defend this action. As such, entry of default is proper at this time pursuant to FRCP 55 and LR 77-1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 21st day of September, 2026.

ROST C. OLSEN

/s/ Rost C. Olsen
Rost C. Olsen, Esq.
Nevada SBN 14410
Plaintiff/Petitioner In Pro Se