**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on September 21, 2026, the foregoing Motion for Entry of Clerk's Default Against Defendants Linda McMahon and U.S. Department of Education, with accompanying exhibits, were electronically filed with the United States District Court, District of Nevada, in case no. 3:26-cv-00543-ART-CSD, and that true and correct copies were placed in the mail with the United States Postal Service, postage attached, and sent to the following addresses:

U.S. Attorney's Office, District of Nevada
ATTN: Civil Process Clerk
400 S. Virginia St., Ste. 900
Reno, NV 89501

U.S. Attorney General
U.S. Department of Justice
ATTN: Civil Process Clerk
950 Pennsylvania Ave. NW
Washington, DC 20530

Secretary Linda McMahon
U.S. Department of Education
400 Maryland Ave. SW
Washington, DC 20202

Dated this 21st day of September, 2026

*/s/ Rost C. Olsen*
Rost C. Olsen