TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Rost Conor Olsen,<br><br>Plaintiff,<br><br>v.<br><br>Linda McMahon, in her official capacity as Secretary of the United States Department of Education, and the United States Department of Education,<br><br>Defendants. | Case No. 3:26-cv-00543-ART-CSD<br><br>**Notice of Appearance** |

Please take notice that Assistant United States Attorney Nathan M. Claus is appearing as counsel for the Federal Defendants.

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this matter.

Respectfully submitted this 23rdday of September 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney