**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Rost Conor Olsen,

Plaintiff,

v.

Linda McMahon, in her official capacity as Secretary of the United States Department of Education, and the United States Department of Education,

Defendants.

Case No. 3:26-cv-00543-ART-CSD

**ORDER GRANTING**

**Joint Stipulation for Extension of time to (1) file an answer, (2) respond to Motion for Preliminary Injunction by Plaintiff (ECF No. 9), (3) Motion for Temporary Restraining Order (ECF No. 14), and (4) Motion for Entry of Clerk's Default (ECF No. 16)**

**[First Request]**

The parties file this stipulation for a 14-day extension of time for Defendants to (1) file an answer, (2) respond to motions for Preliminary Injunction by Plaintiff (ECF No. 9), (3) Temporary Restraining Order (ECF No. 14), and (4) Motion for Entry of Clerk's Default (ECF No. 16). The new date the parties are jointly seeking for all of these deadlines would be October 19, 2026.

//

Defendant's deadline to (1) file an answer, (2) respond to motions for Preliminary Injunction by Plaintiff (ECF No. 9), (3) Temporary Restraining Order (ECF No. 14), and (4) Motion for Entry of Clerk's Default (ECF No. 16) is October 5, 2026. ECF Nos. 16 & 20. Because this request is made before that deadline expires, the Court may extend the time for good cause. Fed. R. Civ. P. 6(b)(1)(A).

LR IA 6-1 requires that a request to extend time state the reasons for the extension and whether it is the first or a subsequent request. LR 26-3 further requires that a request to extend any date set by the discovery plan, scheduling order, or other order demonstrate good cause for the extension.

Good cause to extend the deadline exists. The parties are beginning to engage in settlement discussions that may resolve this entire case. In addition, the parties have agreed that Defendant will leave Plaintiff's loans in forbearance for the pending motion practice.

//

//

//

//

//

//

//

//

//

//

//

//

As such, the parties stipulate to an extension of time for Defendant to file to (1) file an answer, (2) respond to motions for Preliminary Injunction by Plaintiff (ECF No. 9), (3) Temporary Restraining Order (ECF No. 14), and (4) Motion for Entry of Clerk's Default (ECF No. 16) to October 19, 2026.

DATED this 5th day of October 2026.
and respectfully submitted by:

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS (Bar No. 15889)
Assistant United States Attorney
*Attorneys for the United States of America*

DATED this 5th day of October 2026.
and approved as to form and content by:

*/s/ Rost C. Olsen*
ROST C. OLSEN, ESQ. (Bar No. 14410)
*for Plaintiff*

**IT IS SO ORDERED:**

**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**

**DATED: October 6, 2026**