TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Rost Conor Olsen,

Plaintiff,

v.

Linda McMahon, in her official capacity as Secretary of the United States Department of Education, and the United States Department of Education,

Defendants.

Case No. 3:26-cv-00543-ART-CSD

**Joint Stipulation related to (1) forbearance on Loans; (2) withdrawal of Motion for Preliminary Injunction by Plaintiff (ECF No. 9), Motion for Temporary Restraining Order (ECF No. 14) & Motion for Entry of Clerk's Default (ECF No. 16); and (3) extension of time for Defendant to file an answer**

The parties file this joint stipulation related to (1) forbearance on Loans; (2) withdrawal of Motion for Preliminary Injunction by Plaintiff (ECF No. 9), Motion for Temporary Restraining Order (ECF No. 14) & Motion for Entry of Clerk's Default (ECF No. 16); and (3) extension of time for Defendant to file an answer.

Defendant has agreed to keep Plaintiff's student loans in forbearance during the pendency of these proceedings.

Based upon the above stipulation, Plaintiff will also withdraw his Motion for Preliminary Injunction (ECF No. 9), Motion for Temporary Restraining Order (ECF No. 14), and (4) Motion for Entry of Clerk's Default (ECF No. 16). The parties agree that the court does not need to rule upon them and may deny them as moot.

The parties stipulate that Defendant shall have until November 2, 2026, to submit their answer in this matter. The current deadline for the answer is October 19, 2026. ECF No. 22. Because this request is made before that deadline expires, the Court may extend the time for good cause. Fed. R. Civ. P. 6(b)(1)(A). LR IA 6-1 requires that a request to extend time state the reasons for the extension and whether it is the first or a subsequent request. LR 26-3 further requires that a request to extend any date set by the discovery plan, scheduling order, or other order demonstrate good cause for the extension.

Good cause to extend the deadline exists. The parties are still engaging in settlement discussions that may resolve this entire case, but the conversations are taking longer due to the various federal agencies involved. Further, counsel for Defendant is in trial starting October 19 through October 22, 2026. *See Harris V. USA*, 2:22-cv-00022-GMN-MDC.

//

//

//

//

//

//

//

//

//

As such, the parties stipulate to an extension of time for Defendant to file an answer to November 2, 2026.

DATED this 15th day of October 2026.

and respectfully submitted by:

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS (Bar No. 15889)
Assistant United States Attorney
*Attorneys for the United States of America*

DATED this 15th day of October 2026.
and approved as to form and content by:

*/s/ Rost C. Olsen*
ROST C. OLSEN, ESQ. (Bar No. 14410)
*for Plaintiff*

**IT IS SO ORDERED:**

______________________________
**UNITED STATES JUDGE**

**DATED:** ______________