TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Rost Conor Olsen,<br><br>Plaintiff,<br><br>v.<br><br>Linda McMahon, in her official capacity as Secretary of the United States Department of Education, and the United States Department of Education,<br><br>Defendants. | Case No. 3:26-cv-00543-ART-CSD<br>ORDER GRANTING<br>**Joint Motion For (1) A Settlement Conference And (2) A Stay of Discovery Pending The Settlement Conference** |

The parties file this joint motion for a settlement conference and a stay pending the settlement conference.

## I. Request for Settlement Conference

Pursuant to Local Rules IB 1-7(b) and LR 16-5, the parties, by and through their respective counsel of record, stipulate and respectfully request that the Court set the above-referenced matter for a judicial settlement conference, or other alternative means of

resolution. The parties believe that one conference will preserve settlement resources for the court and the parties. Further, a settlement conference here will be in the best interests of judicial economy. The parties believe that settlement is likely in this case, but having a settlement conference date will allow Defendant to have an easier point of communication with the various federal agencies involved in this matter that allows easier communication.

**II. Request for A Stay of Discovery Pending the Settlement Conference**

The parties are jointly requesting a stay on this matter until a settlement conference is completed. The Court has broad discretionary power to control discovery. *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Plaintiff has sent his initial disclosures and Defendant does not have any substantive documents for disclosure. Both parties agree that discovery will not change the underlying facts and allegations of this case. Both parties are optimistic on settlement chances here. The request for the stay is not being made other than to promote judicial efficiency. The parties request a stay until after any judicial settlement conference.

**IT IS SO ORDERED.**

Dated November 24, 2026

UNITED STATES MAGISTRATE JUDGE